**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                          Civil Action No.  2:14-cv-12424-PDB-MJH

JOHN DOE, subscriber assigned IP address
68.40.105.77,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>.  John Doe was assigned the IP address 68.40.105.77.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  September 24, 2014

                                            Respectfully submitted,

                                            By:     /s/ *Paul J. Nicoletti*
                                            Paul J. Nicoletti
                                            pauljnicoletti@gmail.com
                                            NICOLETTI LAW, PLC
                                            33717 Woodward Avenue, Suite #433
                                            Birmingham, Michigan 48009
                                            Phone:  (248) 203-7800
                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 24, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By:  /s/ *Paul J. Nicoletti*
                                              Paul J. Nicoletti